IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER and DEFENDERS OF WILDLIFE, <br><br> Plaintiffs, <br><br> v. <br><br> LEOPOLDO MIRANDA, in his official Capacity as Director of Region Four of the United States Fish and Wildlife Service, <br><br> JAMES KURTH, in his official capacity as Deputy Director Exercising the Authority of the Director of the United States Fish and Wildlife Service, <br><br> DANIEL JORJANI, in his official capacity as Principal Deputy Solicitor Exercising the Authority of Solicitor, the head of the Office of the Solicitor, an agency within the Department of the Interior, and <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, <br><br> Defendants. | Case No. 3:19-cv-00017 |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiffs Southern Environmental Law Center (SELC) and Defenders of Wildlife, and Defendants Leopoldo Miranda, James Kurth, Daniel Jorjani, and David Bernhardt, by and through their undersigned counsel, in the interests of avoiding further litigation, and in order to settle Plaintiffs' claims in this Freedom of Information Act (FOIA) action, hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-captioned action under the terms and conditions set forth herein.

2. Defendants shall pay Plaintiffs a lump sum of twenty-five thousand, one-hundred eighty-two dollars and fifty cents ($25,182.50), in full and complete satisfaction of Plaintiffs' claims for attorneys' fees and litigation costs in the above-captioned litigation. The payment shall be made by electronic transfer of funds to Plaintiffs. Following the dismissal with prejudice of the above-captioned civil action, Plaintiffs shall cooperate with Defendants to ensure that all documentation required to process the payment is complete and accurate. Payment will be made consistent with the normal processing procedures followed by Defendants and the Department of Treasury, following the dismissal of the above-captioned civil action.

3. Defendants shall complete an additional search for responsive, non-privileged agency records as follows ("Supplemental Search"):

   a. The Fish and Wildlife Service (FWS) will search Leopold Miranda's emails from January 1, 2017, through August 16, 2018, excluding calendar invitations, responses to calendar invitations, and email from any distribution list, using the following search terms: ("Wildly Important Goal" OR "WIG").

   b. FWS will search Leopold Miranda's emails from January 1, 2017, through August 16, 2018, excluding calendar invitations, responses to calendar invitations, and email from any distribution list, using the following search terms:

   > ("annual goal" OR "yearly goal" OR quota OR quotas OR "thirty species" OR "30 species" OR guidance OR VIP OR VIPs OR HQ OR Headquarters OR "fish, wildlife, and parks" OR "fish, wildlife and parks" OR "fish wildlife and parks" OR "main interior" OR "surname package" OR "hidden workload" OR "full workload" OR budget OR budgets OR budgetary OR budgeting OR budgeted OR OMB OR "Office of Management and Budget" OR David Bernhardt" OR DLB OR "Karen Budd-Falen" OR "karen_budd-

falen@ios.doi.gov" OR "karen.budd-falen@sol.doi.gov" OR "James Cason" OR "james_cason@ios.doi.gov" OR "Margaret Everson" OR "margaret_e_everson@fws.gov" OR "Bridget Fahey" OR "bridget_fahey@fws.gov" OR "Maureen Foster" OR "maureen_foster@ios.doi.gov" OR "Gary Frazer" OR "gary_frazier@fws.gov" OR "Daniel Jorjani" OR "daniel.jorjani@sol.doi.gov" OR "Jim Kurth" OR "jim_kurth@fws.gov" OR "Jason Larrabee" OR "jason_larrabee@ios.doi.gov" OR "Katie Mills" OR "katie_mills@ios.doi.gov" OR "Don Morgan" OR "don_morgan@fws.gov" OR "Charisa Morris" OR "charisa_morris@fws.gov" OR "Kashyap Patel" OR "kashyap_patel@fws.gov" OR "Sarah Quamme" OR "sarah_quamme@fws.gov" OR "Gareth Rees" OR "gareth_rees@ios.doi.gov" OR "Tasha Robbins" OR "tasha_robbins@ios.doi.gov" OR "tasha_l_robbins@ios.doi.gov" OR "Greg Sheehan" OR "Gregory Sheehan" OR "greg_j_sheehan@fws.gov" OR "Aurelia Skipwith" OR "aurelia_skipwith@ios.doi.gov" OR "Roslyn Sellars" OR "roslyn_sellars@fws.gov" OR "Gina Shultz" OR "gina_shultz@fws.gov" OR "Todd Willens" OR "todd_willens@ios.doi.gov" OR "Ryan Zinke" OR RKZ)

AND

("inherently federal" OR threatened OR endangered OR DDL OR "listing decision" OR "de-list" OR "de-listing" OR "delist" OR delisting OR "down-list" OR "down-listing" OR downlist OR downlisting OR reclassify OR reclassification OR "status change" OR "status changes" OR "species assessment" OR "species assessments")

c. FWS will provide Plaintiffs with an excel spreadsheet of the Supplemental Search results that identifies the subject and date/time of receipt of the resulting emails.

d. Plaintiffs will review the excel spreadsheet and identify any types or groups of emails to omit from the Supplemental Search.

e. FWS will produce any responsive, non-exempt agency records within three weeks of receiving Plaintiffs' response after reviewing the excel spreadsheet ("Supplemental Production"). If the volume of agency records

3

makes this deadline infeasible for the agency, the Parties shall negotiate a timeline for a rolling production.

4. Plaintiffs agree to forever discharge, release, and withdraw any present and future claims of access to agency records or portions of agency records sought in this action, except as it pertains to any withholdings from the Supplemental Production as discussed in Paragraph 5.

5. The Parties agree that the Court shall retain jurisdiction over any withholdings from the Supplemental Production. Defendants, however, retain the ability to argue that particular agency records found in the Supplemental Search are not within the scope of Plaintiffs' original FOIA request. Nonresponsive records would not be considered "withheld" under FOIA.

6. Except as stated in paragraph 5, this Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys' fees that have been, or could be, made in connection with the administrative FOIA process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

7. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of Defendants, the United States, or their agents, servants, or employees and is entered into by all parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

8. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

9. Except in an action to enforce its terms, the parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative

action against Defendants or the United States, or any agency or instrumentality of the United States.

10.   Execution of this Stipulation of Settlement by counsel for Plaintiffs and by counsel for Defendants shall constitute a dismissal of these actions with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Date: December 17, 2020

/s/ Krista Consiglio Frith
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, Virginia 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail: krista.frith@usdoj.gov
*Attorney for Defendants*

/s/ Kimberley Hunter
Kimberley Hunter – NC Bar No. 41333

/s/ Morgan Butler
Morgan Butler– VA Bar No. 70409

/s/ Sam Evans
Sam Evans– NC Bar No. 44992

SOUTHERN ENVIRONMENTAL LAW CENTER
201 West Main Street, Suite 14
Charlottesville, VA 22902-5065
Telephone: (434) 977-4090
Facsimile: (434) 977-1483
mbutler@selcva.org
sevans@selcnc.org

601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
khunter@selcnc.org
*Attorneys for Plaintiffs Southern Environmental Law Center and Defenders of Wildlife*